BARBARA MANN
Attorney at Law
P. O. Box 6331
Albany, CA 94706
b.mann9@gmail.com
Phone:  (510) 517-2543
Fax:    (888) 669-5790

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA DOLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant | CIVIL NO. 3:14-cv-05514-JST<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. 2412(d) |

    The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 USC 2412(d), in the amount of FIVE THOUSAND DOLLARS ($5,000). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 USC 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND DOLLARS ($5,000) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff LINDA KING and Plaintiff's attorney, Barbara Mann, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney, Barbara Mann, to seek Social Security Act attorney fees under 42 USC 406(b), subject to the savings clause provision of the EAJA.

Respectfully submitted,

Dated: 9/22/2015
/s/ Barbara Mann
BARBARA MANN
Attorney for Plaintiff LINDA KING

| | |
|---|---|
| Dated: 9/22/15 | MELINDA HAAG<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ ESTHER KIM, SBN 278995<br>DONNA W. ANDERSON<br>Special Assistant United States Attorney<br>Attorneys for the Defendant |

**IT IS SO ORDERED:**

**Dated: Qewqdgt '38.'4237**

-------------------------------------------------
**JON S. TIGAR**
**United States District Judge**